Opinion by WILSON, J.   In accordance with stipulation of counsel that the items of merchandise are, in fact, azo salts, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 13, 1965

**No. 69438.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 64/21655, etc. (New York).

Opinion by NICHOLS, J.   In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

**No. 69439.**—Broadway Importing Co., Inc. *v.* United States, protests 65/1474 and 65/1598 (New York).

Opinion by NICHOLS, J.   In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

**No. 69440.**—Gerlach & Co., Inc., a/c Adolph Fusek's *v.* United States, protest 64/22505 (New York).

Opinion by NICHOLS, J.   In accordance with stipulation of counsel that the merchandise consists of wood statuary similar in all material respects to that the subject of *Fusek's* v. *United States* (53 Cust. Ct. 109, C.D. 2480), the claim of the plaintiff was sustained.